May 6, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF A.D

NO. 14-12-00914-CV

_____

This cause, an appeal from the "Order in Suit to Modify Parent-Child Relationship," signed September 17, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**.

We order appellant, Sommer Douga, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.